

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　CIVIL NO. 6:07-cv 851-Orl-22KRS

PROFESSIONAL BENEFIT SOLUTIONS, INC.,
a/k/a PRESIDION SOLUTIONS VII, INC.,

　　　　Defendant.
_____/

## COMPLAINT

The plaintiff, United States of America, by and through its undersigned counsel, James R. Klindt, Acting United States Attorney for the Middle District of Florida, complains and alleges as follows:

1. This is an action to obtain a judgment against the defendant, Professional Benefit Solutions, Inc., a/k/a Presidion Solutions VII, Inc., for assessed and unpaid federal taxes for various periods in the years 2005 and 2006.

2. This action is commenced at the direction of the Attorney General of the United States, with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, pursuant to 26 U.S.C. § 7401.

3. Jurisdiction over this civil action is vested in this Court by 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340, 1345.

2465265.1

4.   Professional Benefit Solutions, Inc., a/k/a Presidion Solutions VII, Inc., dissolved effective August 18, 2006. It did business in Orlando, Florida, within the jurisdiction of this Court.

## COUNT I

### Professional Benefit Solutions, Inc., a/k/a Presidion Solutions VII, Inc. (EIN xx-xxx1757)

5.   On the following dates and for the following tax periods and tax types, a delegate of the Secretary of the Treasury of the United States made assessments of federal employment tax (Form 941), interest and penalties against the defendant, Professional Benefit Solutions, Inc., a/k/a Presidion Solutions VII, Inc. (hereinafter, "Presidion VII"), in the amounts set forth below, and mailed notice of the assessments and demand for payment thereof to the defendant in accordance with law:

| Type of Tax | Tax Period | Date of Assessment | Amount of Assessed Tax | Amount of Assessed Penalty | Amount of Assessed Interest |
|---|---|---|---|---|---|
| Form 941 | 06/30/2005 | 05/15/2006 | $ 29,929,491.33 | $ 2,493,177.10<br>1,393,807.58<br>554,039.36 | $ 746,795.43 |
| " | " | 06/19/2006 | | $ 554,039.36 | |
| " | 09/30/2005 | 04/10/2006 | $ 31,461,088.10 | $ 7,078,080.47<br>3,145,813.54<br>943,744.06 | $ 1,208,314.19 |
| " | " | 05/15/2006 | | $ 1,572,906.77 | |
| " | 12/31/2005 | 05/01/2006 | $ 29,343,761.14 | $ 2,934,186.34<br>586,837.27 | $ 510,795.18 |
| " | " | 06/05/2006 | | $ 1,467,093.17 | |
| " | 03/31/2006 | 11/06/2006 | $ 29,544,593.00 | $ 1,250,561.92<br>2,773,579.19<br>967,258.46 | $ 1,184,222.99 |
| " | " | 12/11/2006 | | $ 1,381,789.60 | |
| Form 940 | 2005 | 11/20/2006 | $ 6,397,961.08 | $ 319,898.05 | $ 485,504.60 |

*Liabilities will be reduced by payments and credits, and increased by further interest and statutory additions as allowed by law.

    6.    All of the assessments set forth in paragraph 5, above, are based upon the filed tax returns of Presidion VII.

    7.    The defendant, Presidion VII, has failed and refused to pay the amount of the assessed federal tax liabilities described at paragraph 5, above, and there is presently due and owing to the United States from Presidion VII the sum of $160,854,742.24 as of

May 15, 2007, plus further interest and statutory additions thereon as allowed by law to the date of payment.

## COUNT II

### Professional Benefit Solutions, Inc., a/k/a Presidion Solutions VII, Inc. (EIN xx-xxx1757)

### 26 U.S.C. § 7501

8. The defendant, Presidion VII, filed tax returns (Form 941) showing federal employment tax liabilities for the periods ending June 30, 2005; September 30, 2005; December 31, 2005; and March 31, 2006; and filed a tax return (Form 940) showing federal unemployment tax liabilities for the year 2005. The defendant, Presidion VII, was required to collect or withhold such internal revenue tax from other persons, hold the tax in trust for the United States, and pay over such internal revenue tax to the United States. The defendant, Presidion VII, failed to pay over such internal revenue tax to the United States.

9. The defendant, Presidion VII, is liable to the United States in the amount of $160,854,742.24 as of May 15, 2007, plus further interest and statutory additions thereon as allowed by law to the date of payment, in accordance with 26 U.S.C. § 7501(a).

## COUNT III

### Professional Benefit Solutions, Inc., a/k/a
### Presidion Solutions VII, Inc. (EIN xx-xxx1757)

### 26 U.S.C. § 3505(a)

10. For the periods ending June 30, 2005; September 30, 2005; December 31, 2005; and March 31, 2006, the defendant, Presidion VII, paid wages directly to employees or groups of employees employed by one or more employers other than this defendant. The defendant, Presidion VII, failed to pay over to the United States the taxes required to be deducted and withheld from such wages by such employer, in the total amount of $74,060,428.88.

11. The defendant, Presidion VII, is liable to the United States in the amount of $74,060,428.88, plus further interest and statutory additions thereon as allowed by law to the date of payment, in accordance with 26 U.S.C. § 3505(a).

**WHEREFORE** the plaintiff, United States of America, demands that this Court order and adjudge as follows:

1. That the defendant, Professional Benefit Solutions, Inc., a/k/a Presidion Solutions VII, Inc., is indebted to the United States of America for unpaid assessed federal employment tax liabilities (Form 941) for the periods ending June 30, 2005; September 30, 2005; December 31, 2005; and March 31, 2006; and for unpaid federal unemployment tax liabilities (Form 940) for the year 2005, in the total sum of $160,854,742.24 as of May 15, 2007, plus further interest and statutory additions thereon

as allowed by law to the date of payment, and that judgment be entered against the defendant and in favor of the United States of America in that amount;

2. In the alternative, that the defendant, Professional Benefit Solutions, Inc., a/k/a Presidion Solutions VII, Inc., is liable to the United States in the amount of $74,060,428.88, plus further interest and statutory additions thereon as allowed by law to the date of payment, in accordance with 26 U.S.C. § 3505(a); and

3. That this Court grant the United States its costs in this action, and such other and further relief as justice requires.

JAMES R. KLINDT
Acting United States Attorney

PHILIP DOYLE
CAROL KOEHLER IDE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9673 (Doyle), -5887 (Ide)
Telefax: (202) 514-9868
E-mail: Philip.A.Doyle@usdoj.gov
        Carol.Koehler.Ide@usdoj.gov