UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              CASE NO. 6:07-cv-851-ACC-KRS

PROFESSIONAL BENEFIT SOLUTIONS, INC.,
a/k/a PRESIDION SOLUTIONS VII, INC.,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the United States of America, by and through its undersigned counsel, James R. Klindt, Acting United States Attorney for the Middle District of Florida, and gives notice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure that this civil action is hereby dismissed without prejudice.

                                        JAMES R. KLINDT
                                        Acting United States Attorney

                    By:   /s/ Philip Doyle
                          PHILIP DOYLE
                          Trial Attorney, Tax Division
                          U.S. Department of Justice
                          Post Office Box 14198
                          Ben Franklin Station
                          Washington, D.C. 20044
                          Telephone: (202) 514-9673